

100 S. Wacker Dr. | Suite 2000
Chicago, IL 60606

AmlnTalati.com

Jonathan J. Krit
Jonathan@AminTalati.com

312.466.1033 PHONE
312.884.7352 FAX

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/18

# AMIN TALATI UPADHYE

312.327.3357 Tel
312.884.7352 Fax

RECEIVED
FEB 22 2018
JUDGE SWEET CHAMBERS

February 22, 2018

The Honorable Robert W. Sweet
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

By Fax at (212) 805-7925

**Re: Quincy Bioscience, LLC v. Quality Sales & Deals LLC et al. (No. 1:17-cv-06458-RWS)**

Dear Judge Sweet:

I am writing with respect to inform the court that the parties have reached agreement on settlement in the above-identified action, and expect to finalize settlement within the next week. An initial status conference is currently scheduled on February 27, 2018. The Parties respectfully request that the conference be rescheduled to March 20, 2018, with the expectation that prior to that time the case will have been dismissed with prejudice.

Counsel for Defendants has approved this request

So ordered
Sweet USDJ
2-26-18

Sincerely,

*/s/ Jonathan Krit*

Jonathan J. Krit
Amin Talati Upadhye, LLP
100 South Wacker Drive, Suite 2000
Chicago, IL 60606
(312) 327-3357 (direct)
(312) 884-7352 (fax)
Email: jonathan@amintalati.com

Lawyers for the Lifecycle of Food and Nutritional Supplement Products | Brand to Generic Drug Leaders

cc: Michael M. Steinmetz Esq.
Garson, Segal, Steinmetz, Fladgate LLP
164 West 25th St. 11R
New York, NY 10001
(P) 212-380-3623
(F) 347-537-4540