IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| QUINCY BIOSCIENCE, LLC<br><br>PLAINTIFF<br><br>vs.<br><br>QUALITY SALES & DEALS LLC;<br>BENJAMIN CHAMS<br><br>DEFENDANTS | Case No. 1:17-cv-6458 |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Quincy Bioscience, LLC, and Defendants Quality Sales & Deals LLC and Benjamin Chams ("Defendants"), as a result of a settlement agreement between the Parties, herein move the Court to dismiss this civil action with prejudice, each party to bear their own costs.

Date: 3/16/18

**For Defendants Quality Sales & Deals LLC and Benjamin Chams**

Michael M. Steinmetz (MS3164)
Garson Segal Steinmetz Fladgate LLP
164 West 25th Street 11R
New York, NY 10001
Telephone: (212) 380-3623
Facsimile: (347) 537-4540
Email: ms@GS2Law.com

Respectfully submitted,

Date: 3/16/18

**For Plaintiff, Quincy Biosciences, LLC**

Erin R. Conway
New York Bar No. 4842316
S.D.N.Y. Bar Code: EC1140
Jonathan J. Krit (*Pro Hac Vice*)
Illinois Reg. No. 6201473
AMIN TALATI UPADHYE, LLP
100 South Wacker Drive, Suite 2000
Chicago, IL 60606
Telephone: (312) 327-3328
Facsimile: (312) 884-7352
erin@amintalati.com
jonathan@amintalati.com

1